IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>R.T.C. GROUNDS, Warden,<br><br>　　　　　Respondent. | Case No. C 11-0935 SBA<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 15, 2014 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days after his receipt of the answer.

Dated: 6/16/14

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Saundra B. Armstrong