1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                     OAKLAND DIVISION
9

| | |
|---|---|
| 10  EDGARDO RODRIGUEZ, | Case No: C 11-00935 SBA |
| 11       Petitioner, | **JUDGMENT** |
| 12       vs. | |
| 13  KIM HOLLAND, Warden, | |
| 14       Respondent. | |

In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered for Respondent.

IT IS SO ORDERED.

Dated: September 30, 2014

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge